1036

THE STATE OF WASHINGTON, *Respondent*, v. BRENDA STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00769-0, Monica J. Benton, J., entered October 7, 2008. *Remanded* by unpublished opinion per Agid, J., concurred in by Grosse and Becker, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN ELLIOTT CLAIBORNE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-05608-1, Charles W. Mertel, J., entered September 15, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Becker, JJ.

WILLIAM CHUNG, *Appellant*, v. JOSEPH OH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-05666-5, Kitty-Ann van Doorninck, J., entered September 5, 2008. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.

THE STATE OF WASHINGTON, *Appellant*, v. ZOE ANN MARSHALL, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01386-9, Kitty-Ann van Doorninck, J., entered November 30, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Penoyar and Korsmo, JJ.